IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JASSER L. BAUTISTA ESPINOZA** | **CIVIL ACTION** |
| **v.** | |
| **J.L. JAMISON,** *et al.* | **No. 26-2199** |

## ORDER

**AND NOW**, this 7th day of April, 2026, upon consideration of the petition for a writ of habeas corpus, and the response thereto, it is hereby **ORDERED**:

1.  The petition (ECF 1) is **GRANTED** for the reasons in the accompanying memorandum.

2.  Respondents shall **IMMEDIATELY RELEASE** Bautista Espinoza from custody and certify compliance with this Order by a filing on the docket on April 7, 2026, regarding Bautista Espinoza's custody status. Respondents shall return to Bautista Espinoza immediately upon his release all personal belongings confiscated upon or during his detention, including his identification documents.

3.  Respondents are **ENJOINED** for a period of seven days following Bautista Espinoza's release from custody pursuant to this order from detaining Bautista Espinoza based on the same putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[1]

---

[1] Bautista Espinoza is not subject to mandatory detention under 8 U.S.C. § 1225. If Bautista Espinoza is not released from custody because he is otherwise detained, for instance on a criminal or civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.

4.  If the government seeks to detain Bautista Espinoza after the period of seven days has elapsed, it must provide him with a bond hearing within 48 hours of his detention. If no bond hearing is provided within 48 hours, Bautista Espinoza's remedy will recur.

5.  Petitioner may submit a motion and proposed order/judgment (or other procedural mechanism) regarding attorney fees within 60 days of this order.

**BY THE COURT**:

/s/ Catherine Henry

**CATHERINE HENRY, J.**